**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:10CV264 |
| Plaintiff, | : | JUDGE TIMOTHY S. BLACK |
| v. | : | |
| $55,990.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | | |

**DEFAULT JUDGMENT AND DECREE OF FORFEITURE**

Upon consideration of the United States' Motion for Default Judgment and Decree of Forfeiture filed September 20, 2010, (Doc. 9), the court finds that:

(1) Notice of the Claim deadline was sent to all known potential claimants (Doc. 5);

(2) Publication of the forfeiture action was completed by posting notice on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days beginning on July 8, 2010 (Doc. 6);

(3) No claims have been filed against the Defendant; and

THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) the Defendant $55,990.00 in United States Currency is hereby forfeited to the United States of America pursuant to 21 U.S.C. §881(a)(6);

(2) all claims and interests including those of Potential Claimants, Mary Ornelas and Carlos Leonardo Corral-Benitez are forever foreclosed and barred;

(3) the forfeited asset shall be disposed of in accordance with the law; and

(4) this case is hereby terminated on the docket.

Date:  10/14/10

_____
TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE